IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KY

5:24-CV-38-JHM

1983 PRO SE COMPLAINT

ANTHONY CAIN
VS

COMPREHENSIVE CORRECTIONAL CARE
NURSE PROVIDER LEESIA SMITH CCC
KEN CLAUD JAILER
THOMAS MARSHALL
SGT PAGE
NURSE ASHLEY SMITH CCC
CALLOWAY COUNTY          JURY DEMAND
WKCH WEST KY CORRECTIONAL HEALTH CARE
NURSE PROVIDERS WKCH  500 TRILLION ACTUAL DAMAGES
CHRISTY WORTHAM 500 TRILLION PUNITIVE DAMAGES
OFC STEVE PESNER     ALL DEFENDANTS
OFC LANE BARTLETT    SUED PROFESSIONALLY & INDIVIDUALLY
OFC STEVEN WELLS
KZLEE MATHIS

FILED
JAMES J. VILT, JR. - CLERK
MAR 11 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# COMPLAINT

P1

IM IN IMMINANT DANGER I CANT BREATH CHEST CONGESTION COUGH AND AN OUTRIGHT DENIAL OFF MEDICAL TREATMENT BY NURSE PROVIDER LEESIA SMITH & NURSE ASHLEY SMITH I'VE REPORTED MULTIPLE TIMES TRUSTEES PUTTING CHEMICALS IN MY FOOD AND INFECTED BLOOD FROM INMATE WITH HEP 9 AIDS AND KEN CLAUD THOMAS MAXINE GOT PAGE NURSE ASHLEY & LEESIA SMITH REFUSE TO TAKE MY WITTEN I'VE FILED GRIEVANCE ON 2-15-24 ABOUT CHEMICALS IN MY FOOD THE LAST 2 WEEKS MY BLOOD PRESSURE HAS BEEN AT CRITICAL LEVELS IN CONGESTED CANT BREATH COUGH I WAS GIVEN AN CONGESTANT THAT DID NOT WORK NOW BOTH NURSES FLAT OUT REFUSE TO DO ANYTHING ELSE IM IN EXTREME PAIN IN MY LUNGS AND HAVE LOST APROX 15LB SINCE COMMING TO COUNTY THE DEFENDANT ARE ACTING WITH DELEBERATE INDIFFERANCE TO MY HEALTH SAFTY AND SERIOUS MEDICAL NEED WHITE ACTING AS AGENT OF CALLOWAY COUNTY & THE STATE OF KY AM UNDER THE COLOR OF LAW

Calloway County has an policy to provided health care to pretrial detainee like myself under Monell I have vist cited the policy that on the inmate hand book & connected the policy to Calloway County and violation of the policy is the moving force behind my injury and I have successfully stated an claim under Monell the defendant are retaliating against me for the multiple law suit against Calloway County Jail & its staff and recklessly endangering my life the defendant are all together causing the wanton & intentional infliction of physical pain & psychological pain & severed emotional distress (IIED) violating my 1st 4th 5th & 8th & 14th amendment rights & liberty interest the defendant actions all together are so outragous intollerable, intentional & reckless that its sadistic & malicious and violates standards of decency & morals in an civilizzed society

P4

As a pretrial detainee under Kingsly & Brawner I only have to prove reckless disregard to my health & safety. I have had multiple episodes of chest pain in the last 3 week and on heart protocal multiple times do to the chemicals being put in my food while locked in a SEG cell being tortured you can test the chemicals I have 2 witness that I'm congested and trouble speaking. I also met with U.S. Marshalls Ryan Dillon & Casey Melton on 2-14-24 about the mail fraud in Calloway County Jail & DOC I showed them all other fraudulant U.S. court envelopes & envelopes for attorney general & defendants attorneys that Ken Claud & staff at CCJAIL & in the DOC at KSR staff have had printed as well as isolating me under Ken Claud is having the fraudulant envelopes that have damaged all 30 of my federal suits at Innovative Printing in Murray Ky as well as fraudulent federal court documents cos 2-18-24 Anthony Carr

AND THEN TODAY SUNDAY 2-18-24 THE NON-MEDICALY TRAINED FEMALE OFFICER RETA SATRA TAKE MY BLOOD PRESSURE AT APPROX 1:28 AM AND GET 3 DIFFERENT READINGS FIRST 97/80 THEN 87/60 THEN 113/87 AND THEN SAYS YOU WANNA USE THAT ONE I MEAN WHAT THE FUCK I'M IN IMMINENT DANGER NON-MEDICAL STAFF DOING THE DUTIES OF MEDICAL STAFF IS DELIBERATE INDIFFERANCE SEE EXHIBIT #1 REFUSAL TO TREAT MEDICAL RELEASE FORMS FROM PREVIOUS TIMES WHEN I HAD TO REFUSE TO HAVE VITAL TAKEN BECAUSE NON-MEDICAL STAFF DOING THE DUTIES OF MEDICAL STAFF IS DELIBERATE INDIFFERANCE AND OFFICERS ARE DOING THE DUTIES OF MEDICAL STAFF EXHIBIT 1 IS OFFICERS THAT ARE DEFENDANTS STEVEN OSNER BADGE #24 WKCH MEDRELCOM #0524 + NURSE PROVIDER CHRISTY WORTHAM SIGNED I BADGE #37 THEN SEE EXHIBIT #2 WKCH RECORD # 508 SIGNED BY DEFENDANT SIGNED BY BADGE #23 ODMNIEL CROSS + CHRISTY WORTHAM WITH NO WITNESS SIGNATURE CAUSE OFC CROSS THINKS HE CAN DO WHAT

WHAT EVER THE FUCK HE WANTS AND LIVES DON'T MATTER THEN SEE EXHIBIT #3 SIGNED BY OFC STEPHEN WELLS BG# J20 + ZANE BARTLETT BG# ZB43 + NURSE PROVIDER CHRISTY WORTHAM OF WKCH RECORD #510 THEN SEE RECORD # 523 WHERE AGAIN OFC DOMINIC CROSS BG #23 AGAIN DOES THE DUTYS OF MEDICAL STAFF IN EXHIBIT #4 WITH SIGNATURE OF CHRISTY WORTHAM WHO IS NOT EVEN HERE AT CCJAIL AT 4:30 AM AND AT 4:30 PM WHEN VITAL ARE TAKEN NOTICE SHE DOESN'T EVEN SIGN TILL AH DAY OR 2 LATER THEN SEE EXHIBIT #5 WHERE DOMINIC CROSS BG 23 + HIS SUPERVISOR LT CAYLA JESSE BG# 6 SIGN WKCH RECORD # 525 ACTING WITH DELIBERATE INDIFFERANCE TO MY HEALTH SAFTY & SERIOUS MEDICAL NEEDS THEN SEE EXHIBIT #7 WHICH RECORD 535 WHERE AGAIN DOMINIC CROSS BG 23 & BG4 SGT KILEE MATHIS DO IT AGAIN ON 9-3-23 BUT CHRISTY WORTHAM DOESN'T SIGN IT TILL 4 DAY LATER ON 9-7-23 COS 2-18-24    [signature]

ANTHONY CAIN IKA
CCJAIL
310 N 4TH ST
MURRAY KY 42071

ATT FEDERAL JUDGE
CHAMBER ROOM
US COURT CLERK
241 E MAIN ST SUITE 120
BOWLING GREEN KY
42101-2175

RECEIVED
JAMES J. VILT, JR. - CLERK
MAR 11 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

JAIL MAIL

LEGAL MAIL

Vote Trump

CALLOWAY CO. JAIL
310 N. 4TH ST
MURRAY, KY 42071

RECEIVED
JAMES J. VILT, JR. - CLERK
MAR 11 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Retail  

U.S. POSTAGE PAID
PM
MURRAY, KY 42071
MAR 07, 2024
42101
$9.50
RDC 03   0 Lb 11.10 Oz   R2303S101701-28

U.S. Court Clerk
241 E. Main St. Suite 120
Bowling Green, KY 42101

EXPECTED DELIVERY DAY: 03/09/24
USPS TRACKING® #

9505 5103 5016 4067 5053 93